UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT E. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD CLARKE *et al.*,<br><br>　　　　Defendants. | Case No. C05-5401FDB<br><br>ORDER |

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff is not proceeding *in forma pauperis* and paid the full filing fee. (Dkt. # 1, receipt # 513451). Plaintiff has filed a motion asking the court to order the legal liaison officer at Mc Neil Island to serve the defendants. (Dkt. #4).

Plaintiff needs to read and follow Federal Rule Civil Procedure 4 regarding service. The legal liaison officer at Mc Neil Island is not before the court and the court has no indication service of process on state employees is part of this persons job functions. The motion is **DENIED.**

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 6th day of September, 2005.

　　　　　　　　　　　　　　　　　　*/S/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER