UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT E. JOHNSON,

    Plaintiff,

v.

HAROLD CLARKE *et al.*,

    Defendants.

Case No. C05-5401FDB

ORDER ON PENDING MOTIONS

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff is not proceeding *in forma pauperis* and paid the full filing fee. (Dkt. # 1, receipt # 513451). Plaintiff has had some difficulty in serving this action. He has filed:

    1.    A motion to compel the defendants to pay the cost of service. (Dkt. # 6).

    2.    A motion for an extension of time to have the defendants served. (Dkt. # 9).

    3.    A motion for leave to proceed *in forma pauperis* after paying the filing fee. (Dkt. # 12).

    4.    A motion to withdraw the motion to compel the defendants to pay for service. (Dkt. # 14).

The defendants, through Assistant Attorney General Margaret Stanhope, entered a notice of appearance **WAIVING SERVICE** on October 6th, 2005. (Dkt. # 7). The defendants oppose the

ORDER

motion to compel payment of service costs and extension of time to serve in light of their wavier of service.  (Dkt. # 8 and 13).

Defendants waiver of service renders all of plaintiff's motions including the motion for *in forma pauperis* status moot.  The waiver allows this case to continue and properly expedites the courts business.  *In forma pauperis* status does not waive any cost other than service and only defers payment of a filing fee for an inmate, thus, *in forma pauperis* status at this stage of the proceeding would be of no benefit to plaintiff.

In light of defendants waiver all pending motions are **DENIED.**

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

DATED this 31st  day of October, 2005.

> */S/ J. Kelley Arnold*
> J. Kelley Arnold
> United States Magistrate Judge

ORDER