1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
9  AT TACOMA

10 ROBERT E. JOHNSON,

11      Plaintiff,

12      v.                                    Case No. C05-5401 FDB

13 HAROLD CLARKE *et al.*,                    ORDER ADOPTING REPORT AND
                                              RECOMMENDATION DENYING
14      Defendants.                           INJUNCTIVE RELIEF

15

16   This civil rights action concerns the denial of extended family visits at McNeil Island.

17 Plaintiff alleges the denial of his application for extended family visits was racially motivated and is a

18 denial of equal protection. The matter comes before the Court on the Magistrate Judge's

19 recommendation that Plaintiff's motion for preliminary injunction to require the Department of

20 Corrections to allow Plaintiff and his wife extended family visits be denied.

21   As aptly stated by the Magistrate Judge, the Plaintiff has the ability in this case to reapply for

22 extended family visits prior to seeking equitable relief. The Court, having reviewed the Repot and

23 Recommendation of Magistrate Judge J. Kelly Arnold, objections thereto, and the remaining record,

24 does hereby find and Order:

25

26 ORDER - 1

1) The Court adopts the Report and Recommendation;

(2) The motion for injunctive relief [Dkt #57] is **DENIED WITHOUT PREJUDICE**. Plaintiff is instructed to reapply for extended family visits and receive either approval or denial form the Department of Corrections prior to seeking injunctive relief on this issue.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. J. Kelly Arnold.

DATED this 1st day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2