UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT E. JOHNSON,

    Plaintiff,

    v.

HAROLD CLARK et al.,,

    Defendants.

Case No. C05-5401 FDB

ORDER DENYING RECONSIDERATION

This matter comes before this Court on Plaintiff's correspondence, filed March 27, 2007, wherein Plaintiff seeks reconsideration of this Court's Order adopting Report and Recommendation Denying Injunctive Relief. The Court construes this pleading as a motion for reconsideration of its Order of December 1, 2006.

Plaintiff is under the assumption that the Court did not take into consideration his Objections to the Report and Recommendation. This is incorrect. As the Order specifically states the Court , reviewed the objections to the Report and Recommendation prior to entering its Order. Further, additional review of the Objections does not convince the Court that the ORDER was entered in error.

ORDER - 1

1     ACCORDINGLY:

2     IT IS ORDERED:

3     (1)    The motion for reconsideration is DENIED;

4     (2)    No further documents may be filed in this action.

5     DATED this 29th day of March, 2007.

                                          FRANKLIN D. BURGESS
                                          UNITED STATES DISTRICT JUDGE

26 ORDER - 2