# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT E. JOHNSON

      v.

HAROLD CLARKE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5401FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's request for Summary Judgment in his responsive brief and defendant's requests to strike or not consider briefing are **DENIED**. This action is **DISMISSED WITH PREJUDICE**.

    June 4, 2007                                                                                BRUCE RIFKIN
Date                                                                                       Clerk

                                                                                                  *s/CM Gonzalez*
                                                                                                  Deputy Clerk