UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT E. JOHNSON,<br><br>    Plaintiffs,<br><br>v.<br><br>HAROLD CLARKE *et. al.*,<br><br>    Defendants. | Case No. C05-5401 FDB<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AND TO AMEND THE COURT'S ORDER FOR ADDITIONAL FINDINGS |

This matter comes before the Court on Plaintiff's Motion for Reconsideration and to Amend the Court's Order for Additional Findings pursuant to Federal Rules of Civil Procedure 52(b) and 59(e).

In this prisoner civil rights action, the Ninth Circuit has affirmed the Court's grant of Defendants' motion for summary judgment. Further, the Court has previously denied Plaintiff's Motion for Reconsideration/Motion to recall Court Order and Motion for Relief from Judgment.

Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. Plaintiff has not made the requisite showing as to either of the grounds for reconsideration under CR 7(h)(1).

ORDER
Page - 1

1      (1)     Plaintiff's motion for reconsideration and to amend the court's order for additional findings [Dkt. # 112] is **DENIED**.

(2)     Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Kelley Arnold.

DATED this 7th day of December, 2009

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE